# LAW OFFICES OF JILL R. SHELLOW

All correspondence to:　　　　　　　　　　　　　　　　　　　　　Tel:　212.792.4911
111 Broadway, Suite 1305　　　　　　　　　　　　　　　　　　　Fax:　212.792.4946
New York, NY 10006　　　　　　　　　　　　　　　　　　　　　jrs@shellowlaw.com

August 7, 2013



**BY HAND**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:　*Lynne Stewart v. United States of America*, Dkt No. 13-CV-5279 (JGK)
　　　*United States v. Lynne Stewart*, Dkt. No. 02-cr-395 (JGK)

Dear Judge Koeltl:

　　　Please find enclosed a courtesy copy of Lynne Stewart's Reply to the Government's Opposition to Ms. Stewart's Motion to Reduce, Modify or Vacate Sentence pursuant to 28 U.S.C. § 2255 and 18 U.S.C. § 3582(c)(1)(A)(I), including five exhibits. For convenience, the exhibits are numbered sequentially to follow the exhibits that were attached to my Declaration in support of the motion. Thus, the exhibits enclosed start with the letter "O." Two exhibits, O and P are medical records. Consistent with your Honor's prior Order, I request an Order permitting these exhibits to be filed under seal and in anticipation thereof, these exhibits are not included in the ECF filing.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　Jill R. Shellow

cc:　AUSA Andrew S. Dember　(by hand and email)
　　　Lynne Stewart (by regular mail)

*Application to file Exh. O and P under seal is granted. So ordered.*
*8/7/13  /s/ JGK  U.S.D.J.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __8/8/13__

Connecticut Office: 2537 Post Road, Southport, CT 06890　203.258.1463　　　　Admitted: NY, CT, DC